# Exhibit A

# MALE PATTERN RISK SCORING

| Register Number: | 90922-012 | Date: | 5/28/2020 | | |
|---|---|---|---|---|---|
| Inmate Name: | BERNABE-RAMIREZ, JUAN | | | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age | > 60 | 0 | | 0 | |
| > 60 | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on dropdown arrow | 41-50 | 14 | 0 | 8 | 0 |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction | No | 0 | 0 | 0 | 0 |
| No | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN) | No | 0 | 5 | 0 | 5 |
| Yes | Yes | 5 | | 5 | |
| 4. Criminal History Points | 0 - 1 Points | 0 | | 0 | |
| 0 - 1 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | 0 | 8 | 0 |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes | None | 0 | | 0 | |
| None | > 10 Years Minor | 2 | 0 | 1 | 0 |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence | None | 0 | | 0 | |
| None | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | 0 | 3 | 0 |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score | Not Enrolled | 0 | | 0 | |
| HS Degree / GED | Enrolled in GED | -2 | -4 | -1 | -2 |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status | No DAP Completed | 0 | | 0 | |
| NRDAP Complete | NRDAP Complete | -3 | -3 | -1 | -1 |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months) | 0 | 0 | | 0 | |
| 0 | 1 | 1 | 0 | 1 | 0 |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months) | 0 | 0 | | 0 | |
| 0 | 1 | 2 | 0 | 2 | 0 |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 1 | 0 | 2 | 0 |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse | NO | 0 | 0 | 0 | 0 |
| NO | YES | 1 | | 1 | |
| 14. Programs Completed | 0 | 0 | | 0 | |
| > 10 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | -8 | -2 | -4 |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs | 0 Programs | 0 | | 0 | |
| >1 Program | 1 Program | -1 | -2 | -1 | -2 |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | -12 | Violent: | -4 |
| General/Violent Risk Levels | | General: | Minimum | Violent: | Minimum |
| OVERALL MALE PATTERN RISK LEVEL | | | **Minimum** | | |

Ex. A-1

```
WILCH  606.00  *        MALE CUSTODY CLASSIFICATION FORM        *        06-13-2019
PAGE 001 OF 001                                                          08:35:13
                              (A) IDENTIFYING DATA
REG NO..: 90922-012              FORM DATE: 12-13-2018          ORG: WIL
NAME....: BERNABE-RAMIREZ, JUAN JOSE
                                      MGTV: GRTR SECU
PUB SFTY: GRT SVRTY,ALIEN             MVED: 12-13-2019
                              (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (7) GREATEST
MOS REL.: 87                     CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD

                         --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV   MGMT SEC LEVEL   CUSTODY   CONSIDER
 +7   +19    -3         +4          LOW           MEDIUM          IN     DECREASE


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



**Individualized Reentry Plan - Program Review  (Inmate Copy)**  SEQUENCE: 00356351
Dept. of Justice / Federal Bureau of Prisons  Team Date: 06-05-2020
Plan is for inmate: BERNABE-RAMIREZ, JUAN JOSE  90922-012

| Facility: | WIL WILLIAMSBURG FCI | Proj. Rel. Date: | 03-28-2026 |
|---|---|---|---|
| Name: | BERNABE-RAMIREZ, JUAN JOSE | Proj. Rel. Mthd: | TWO THIRDS |
| Register No.: | 90922-012 | DNA Status: | OTV02342 / 05-25-2011 |
| Age: | 61 | | |
| Date of Birth: | 03-09-1959 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| POSSIBLE DEPORTATION | A29448423 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WIL | FCI CHAPEL | FCI CHAPEL ORDERLY | 10-10-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WIL | ESL HAS | ENGLISH PROFICIENT | 08-12-1992 |
| WIL | GED EARNED | GED EARNED IN BOP | 05-19-1992 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| WIL | C | VICTM IMPACT | 02-11-2020 | 04-22-2020 |
| WIL | C | HEALTH FAIR-VARIOUS TOPICS | 09-26-2019 | 09-28-2019 |
| WIL | C | LEAD READY 4 REDEMPTION | 11-01-2019 | 12-06-2019 |
| WIL | C | BEADING CLASS | 03-12-2019 | 07-22-2019 |
| WIL | C | UNIT ART ORIENTATION | 01-03-2019 | 02-18-2019 |
| WIL | C | BEGINING FRENCH | 02-01-2018 | 05-11-2018 |
| WIL | C | INDEPENDENT OWNER TRUCKING | 02-01-2018 | 05-09-2018 |
| WIL | C | HEALTH FAIR-VARIOUS TOPICS | 04-24-2018 | 05-07-2018 |
| WIL | C | ADVANCE LAW | 10-24-2017 | 01-12-2018 |
| WIL | C | INTERMEDIATE FRENCH | 10-25-2017 | 01-12-2018 |
| WIL | C | RPP #5 RELEASE AND GRATUITY | 05-01-2017 | 05-30-2017 |
| WIL | C | RPP #5 RELEASE PLANNING | 05-01-2017 | 05-30-2017 |
| WIL | C | FCI LEADERSHIP | 07-17-2017 | 09-18-2017 |
| WIL | C | HEALTH FAIR-VARIOUS TOPICS | 04-25-2017 | 05-07-2017 |
| WIL | C | RPP#1-MEN'S HEALTH CLASS | 12-28-2016 | 03-15-2017 |
| WIL | C | VICTM IMPACT | 02-26-2016 | 04-04-2017 |
| WIL | C | LEADERSHIP DEVELOPMENT | 11-07-2016 | 01-24-2017 |
| WIL | C | TEACH ENGLISH TO SPANISH | 09-02-2016 | 12-05-2016 |
| WIL | C | RPP#1-SPORTS NUTRITION CLASS | 06-23-2016 | 09-20-2016 |
| WIL | C | RPP #1-WELLNESS ANATOMY CLASS | 03-28-2016 | 06-15-2016 |
| WIL | C | RPP #1 -SPORTS INJURY CLASS | 03-28-2016 | 06-15-2016 |
| WIL | C | RPP #6 - ANGER MANAGEMENT | 05-20-2016 | 06-09-2016 |
| WIL | C | RPP #5 RELEASE AND GRATUITY | 05-09-2016 | 05-09-2016 |
| WIL | C | RPP #5 RELEASE PLANNING | 04-11-2016 | 04-11-2016 |
| WIL | C | RPP #1 HIV/AIDS AWARENESS | 01-19-2016 | 01-19-2016 |
| COP | C | RESPONSIBLE THINKING | 05-28-2015 | 07-23-2015 |
| COP | C | JOB FAIR INFORMATION | 12-11-2014 | 12-11-2014 |
| COP | C | SOCCER SPORTS RULES | 10-02-2014 | 10-04-2014 |
| COP | C | SOCCER SPORTS RULES | 09-04-2014 | 09-06-2014 |
| COP | C | TUTOR TRAINING | 03-04-2014 | 03-04-2014 |
| COP | C | BASIC KEYBOARDING 12:30-2:30PM | 02-13-2014 | 06-26-2014 |
| COP | C | THE WAY TO HAPPINESS | 04-15-2014 | 06-26-2014 |
| COP | C | RELAPSE PREVENTION | 08-22-2013 | 04-28-2014 |
| COP | C | CHANGE PLAN | 02-02-2014 | 04-09-2014 |
| COP | W | BASIC KEYBOARDING 7:30-9:30AM | 11-15-2013 | 02-14-2014 |
| COP | C | RESPONSIBLE THINKING | 09-01-2013 | 12-13-2013 |
| COP | C | TUE-WED 7:30-3:30 VT CUST MAIN | 08-06-2013 | 12-04-2013 |

**Ex. A-3**

## Individualized Reentry Plan - Program Review (Inmate Copy)



Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BERNABE-RAMIREZ, JUAN JOSE 90922-012

SEQUENCE: 00356351
Team Date: 06-05-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COP | C | ADVANCED AEROBICS | 09-19-2013 | 09-19-2013 |
| COP | C | PHOTO CLASS | 05-12-2013 | 07-18-2013 |
| COP | C | BEADING CLASS | 06-03-2013 | 07-15-2013 |
| COP | C | TUTOR TRAINING | 03-12-2013 | 03-12-2013 |
| COM | C | TYPING VT PM CLASS | 07-13-2012 | 08-31-2012 |
| COM | C | RPP HEALTH/NUTRITION #1 | 04-25-2012 | 04-25-2012 |
| OTV GP | C | FOOD PREPARATION | 05-10-2010 | 11-10-2010 |
| OTV GP | C | PREP FOR CDL WRITTEN EXAM | 08-18-2010 | 10-18-2010 |
| OTV GP | C | MAVIS BEACON/WIN XP | 09-16-2009 | 02-23-2010 |
| OTV GP | C | SPANISH PARENTING CLASS | 12-01-2009 | 12-01-2009 |
| OTV GP | C | YOGA CLASS | 04-05-2009 | 06-04-2009 |
| OTV GP | C | MEDITATION CLASS | 04-08-2009 | 06-24-2009 |
| OTV GP | C | BEGINNER'S YOGA CLASS | 05-25-2009 | 07-18-2009 |
| OTV GP | C | EDUCATION ORIENTATION - AM | 04-27-2009 | 04-27-2009 |
| FAI | W | BEGINNING LEATHER | 03-28-2007 | 06-01-2007 |
| FAI | C | 1 DAY WORKSHOP HISTORY OF SOUN | 04-20-2007 | 04-20-2007 |
| FAI | C | 1 DAY WORKSHOP GENOCIDE | 04-27-2007 | 04-27-2007 |
| FAI | C | SOLDERING 1-5 COURSE TEST | 03-30-2007 | 03-30-2007 |
| FAI | C | HOLE COMPONENTS | 03-29-2007 | 03-29-2007 |
| FAI | C | WIRES AND TERMINALS | 03-28-2007 | 03-28-2007 |
| FAI | C | INTRO. TO OPERATOR EFFICIENCY | 03-27-2007 | 03-27-2007 |
| FAI | C | ACE COURSE/TYPES/1HR | 02-28-2007 | 03-21-2007 |
| FAI | C | COMMERCIAL DRIVERS LICENSE | 10-06-2006 | 11-16-2006 |
| FAI | C | HEALTH AWARE/DENTIST CARE | 01-04-2007 | 01-04-2007 |
| FAI | C | UNDERSTANDING FIT ASSESS 1 HR | 12-18-2006 | 12-18-2006 |
| FAI | C | ACE INSTRUCTOR TRAINING | 09-22-2006 | 09-22-2006 |
| FAI | C | SWINTEC TYPING CLASS | 06-07-2006 | 06-14-2006 |
| FAI | C | QUEST IMMORTALITY | 07-28-2006 | 07-28-2006 |
| FAI | C | CIRCA 1492 ART EXPLORATION AGE | 07-21-2006 | 07-21-2006 |
| FAI | C | MASTER OF ILLUSION | 07-28-2006 | 07-28-2006 |
| FAI | C | ART OF AMERICAN INDIAN FRONTIE | 07-21-2006 | 07-21-2006 |
| FAI | C | TYPING | 06-19-2006 | 08-07-2006 |
| ATW | C | BODY FAT TEST TRAINING WEST | 08-20-2005 | 09-24-2005 |
| ATW | C | FITNESS TRAINING & NFPT WEST | 06-05-2005 | 07-25-2005 |
| ATW | C | STRONGER ABS & BACK WEST SIDE | 07-09-2005 | 08-25-2005 |
| ATW | C | INTRO TO ALPHA SMART OPERATION | 01-17-2005 | 03-07-2005 |
| ATW | C | BEG GUITAR SPANISH WEST | 08-07-2004 | 09-29-2004 |
| ATW | C | VT OFFICE AUTOMATION | 07-12-2004 | 09-23-2004 |
| ATW | C | BEG CROCHET WEST SIDE | 11-08-2003 | 12-13-2003 |
| ATW | C | ART/ARTIST APPRECIATION WEST | 08-21-2003 | 09-25-2003 |
| ATW | C | ANATOMY 101 CLASS ON WEST SIDE | 03-24-2003 | 06-09-2003 |
| ATW | C | NUTRITION CLASS WEST SIDE USP | 01-13-2003 | 03-16-2003 |
| ATW | C | BEGINNERS WELLNESS CLASS WEST | 01-14-2003 | 03-11-2003 |
| ATW | C | RPP FREE YOUR MIND | 05-27-2002 | 08-09-2002 |
| FLP | C | PARENTING CLASS | 09-20-2001 | 12-18-2001 |
| FLP | C | DRAWING 1 | 04-06-1994 | 07-01-1994 |
| LVN | C | ENGLISH 2ND LANGUAGE | 05-15-1992 | 07-15-1992 |
| LVN | W | ESL 8:30-10:00 | 10-22-1991 | 02-04-1992 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\*

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-08-2010 |
| CARE2 | STABLE, CHRONIC CARE | 01-15-2016 |

**Ex. A-4**