# Exhibit C

Mina Bernabe
█████████████
Gilbert, AZ 85296
minabernabe1969@yahoo.com
(480)543-9305

November 2, 2020

Dear Judge Kronstadt,

    I am writing on behalf of my cousin, Juan Bernabe. For the last 14 years, I have resided in Arizona working in the medical Industry as a Business Development.

    Juan has a life in Guadalajara, Mexico that he would like to return to.. He has a home with a loving wife who has been waiting for him for 32 years. His mother, sisters and brothers are also excited to have him back in his hometown. Juan has a strong circle of support in Mexico, where he hopes to continue building his life.

    During Juan's time in prison, he has made great use of his time and resources.He has taken classes and received several certificates. He has also received letters for excellent conduct and has been acknowledged for being an example to other inmates. Juan has become a man who respects others and will be a valuable asset to the  community.


Respectfully,

Mina Bernabe

Ex. C-1